### APPEAL OF JACOB SAMUELS.

Docket No. 8050.      Decided September 15, 1926.

*W. W. Spalding, Esq.,* for the petitioner.
*A. Calder Mackay, Esq.,* for the Commissioner.

This appeal is from the determination of a deficiency in income tax for the year 1921 in the amount of $8,462.17.

### FINDINGS OF FACT.

The taxpayer is a married man living with his wife, and during the year 1921 was domiciled in the State of California. For the year 1921 the taxpayer and his wife filed separate income-tax returns in which each reported one-half of the income of the community. The Commissioner has added to the income of the taxpayer one-half of the income of the community reported by the taxpayer's wife and has taxed the same as income of the taxpayer.

### OPINION.

MARQUETTE: The decision of the question involved in this proceeding is governed by the opinion of the court in *United States* v. *Robbins*, 269 U. S. 315, and the decision of the Board in the *Appeal of D. Cerruti*, 4 B. T. A. 682.

Judgment for the Commissioner.